# TRANSMITTAL MEMORANDUM

DATE:   July 5, 2007

TO:   CLERK, UNITED STATES DISTRICT COURT

FROM:   CLERK, UNITED STATES BANKRUPTCY COURT (by:   for Patricia Gray)

RE:   Transmittal of **Recommendation for Withdrawal of Reference** (Doc _7_ ) of **ADVERSARY 07-01076** (US District Court civil case #07-CV-0224-ECR-VAC)

Transmitted herewith are copies of the Records Designated in Connection with the withdrawal of reference of the adversary matter entitled:

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| USA COMMERCIAL MORTGAGE COMPANY | ) | BK-S 06-10725 LBR |
| Debtor | ) | BK-S 06-10726 LBR |
| _____ | ) | BK-S 06-10727 LBR |
| | ) | BK-S 06-10728 LBR |
| 3685 SAN FERNANDO LENDERS, LLC | ) | BK-S 06-10729 LBR |
| 5055 COLLWOOD LENDERS, LLC | ) | |
| 6425 GESS LENDERS, LLC | ) | |
| 60TH STREET VENTURES LENDERS, LLC | ) | |
| AMESBURY HATTERS PT LENDERS, LLC | ) | Chapter 11 |
| ANCHOR B LENDERS, LLC | ) | |
| BAR-USA LENDERS, LLC | ) | |
| BAY POMPANO LENDERS, LLC | ) | |
| BINFORD LENDERS, LLC | ) | |
| BROOKMERE LENDERS, LLC | ) | |
| BUNDY CANYON 2.5 LENDERS, LLC | ) | ADV #07-1076 |
| BUNDY CANYON 5.0 LENDERS, LLC | ) | |
| BUNDY CANYON 5.725 LENDERS, LLC | ) | |
| BUNDY CANYON 7.5 LENDERS, LLC | ) | |
| CABERNET LENDERS, LLC | ) | |
| CASTAIC H LENDERS, LLC | ) | |
| CASTAIC III LENDERS, LLC | ) | |
| CHARLEVOIX LENDERS, LLC | ) | |
| CLEAR CREEK PLANTATIONS LENDERS, LLC | ) | |
| COM VEST LENDERS, LLC | ) | |

| | |
|---|---|
| COPPER SAGE II LENDERS, LLC | ) |
| CORNMAN TOLTEC LENDERS, LLC | ) |
| DEVALLE LIVINGTON LENDERS, LLC | ) |
| EAGLE MEADOWS LENDERS, LLC | ) |
| FIESTA MURIETTA LENDERS, LLC | ) |
| FIESTA USA STONERIDGE LENDERS, LLC | ) ) |
| FOXHILLS 216 LENDERS, LLC | ) |
| GRAMERCY COURT LENDERS, LLC | ) |
| HABOR GEORGETOWN LENDERS, LLC | ) ) |
| HESPERIA LENDERS, LLC | ) |
| HFA CLEARLAKE I LENDERS, LLC | ) |
| HFA CLEARLAKE II LENDERS, LLC | ) |
| HUNTSVILLE LENDERS, LLC | ) |
| LA HACIDENDA LENDERS, LLC | ) |
| LAKE HELEN PARTNERS LENDERS, LLC | ) ) |
| LERIN HILLS LENDERS, LLC | ) |
| MARGARITA ANNEX LENDERS, LLC | ) |
| MARLTON SQUARE I LENDERS, LLC | ) |
| MARLTON SQUARE II LENDERS, LLC | ) |
| MOUNTAIN HOUSE-PEGS LENDERS, LLC | ) ) |
| OAK SHORES II, LENDERS, LLC | ) |
| OCEAN ATLANTIC 2.75 LENDERS, LLC | ) ) |
| OCEAN ATLANTIC 9.425 LENDERS, LLC | ) ) |
| PALM HARBOR I LENDERS, LLC | ) |
| SHAMROCK TOWER LENDERS, LLC | ) |
| SO CAL LAND LENDERS, LLC | ) |
| SVRB 2.325 LENDERS, LLC | ) |
| SVRB 4.5 LENDERS, LLC | ) |
| TAPIA RANCH LENDERS, LLC | ) |
| TEN-NINETY 4.15 LENDERS, LLC | ) |
| THE GARDENS 2.425 LENDERS, LLC | ) |
| THE GARDENS LLC TSHR LENDERS, LLC | ) ) |
|                          Plaintiff | ) |
| _____ | ) |
| | ) |
| | ) |
| COMPASS USA SPE, LLC | ) |
| COMPASS PARTNERS LLC | ) |

```
DAVID BLATT                        )
BORIS PISKUN                       )
SILAR ADVISORS, LP                 )
SILAR SPECIAL OPPORTUNITIES        )
FUND, LP                           )
                                   )
                  Defendants       )
_____    )
```

ATTACHED IS A CD OF THE BELOW STATED DOCUMENTS AND A COPY OF ADVERSARY DOCKET SHEET:

1. 05/25/2007    doc 1  Adversary case 07-01076. Notice of Removal Filed by Compass USA SPE, LLC and Compass Partners, LLC of US District Court Case of 3685 San Fernando Lenders, LLC against COMPASS PARTNERS LLC. Fee Amount $250. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3) (01 (Determination of removed claim or cause)(BRADLEY, GEORGANNE) (Entered: 05/25/2007)

2. 05/25/2007    doc 3  Certificate of Service of Notice of Removal Filed by Compass USA SPE, LLC and Compass Partners, LLC of US District Court Case Filed by GEORGANNE W. BRADLEY on behalf of COMPASS PARTNERS LLC (BRADLEY, GEORGANNE) (Entered: 05/25/2007)

3. 06/14/2007    doc 5  Motion to Strike Fugitive Pleading Or, In The Alternative, Motion To Remand Based On Lack Of Subject Matter Jurisdiction Filed by ALAN R SMITH on behalf of 3685 SAN FERNANDO LENDERS, LLC, 5055 COLLWOOD LENDERS, LLC, 60TH STREET VENTURES LENDERS, LLC, 6425 GESS LENDERS, LLC, AMESBURY HATTERS PT LENDERS, LLC, ANCHOR B LENDERS, LLC, BAR-USA LENDERS, LLC, BAY POMPANO LENDERS, LLC, BINFORD LENDERS, LLC, BROOKMERE LENDERS, LLC, BUNDY CANYON 2.5 LENDERS, LLC, BUNDY CANYON 5.0 LENDERS, LLC, BUNDY CANYON 5.725 LENDERS, LLC, BUNDY CANYON 7.5 LENDERS, LLC, CABERNET LENDERS, LLC, CASTAIC II LENDERS, LLC, CASTAIC III LENDERS, LLC, CHARLEVOIX LENDERS, LLC, CLEAR CREEK PLANTATION LENDERS, LLC, COM VEST LENDERS, LLC, COPPER SAGE II LENDERS, LLC, CORNMAN TOLTEC LENDERS, LLC, DEVALLE LIVINGSTON LENDERS, LLC, EAGLE MEADOWS LENDERS, LLC, FIESTA MURIETTA LENDERS, LLC, FIESTA USA STONERIDGE LENDERS, LLC, FOXHILLS 216 LENDERS, LLC, GRAMERCY COURT LENDERS, LLC, HABOR GEORGETOWN LENDERS, LLC, HESPERIA LENDERS, LLC, HFA CLEARLAKE I LENDERS, LLC, HFA CLEARLAKE II LENDERS, LLC, HUNTSVILLE LENDERS, LLC, LA HACIDENDA LENDERS, LLC, LAKE HELEN PARTNERS LENDERS, LLC, LERIN HILLS LENDERS, LLC, MARGARITA ANNEX LENDERS, LLC, MARLTON SQUARE I LENDERS, LLC, MARLTON SQUARE II LENDERS, LLC, MOUNTAIN HOUSE-PEGS LENDERS, LLC, OAK SHORES II, LENDERS, LLC, OCEAN ATLANTIC 2.75 LENDERS, LLC, OCEAN ATLANTIC 9.425 LENDERS, LLC, PALM HARBOR I LENDERS, LLC, SHAMROCK TOWER LENDERS, LLC, SO CAL LAND LENDERS, LLC, SVRB 2.325 LENDERS, LLC,

SVRB 4.5 LENDERS, LLC, TAPIA RANCH LENDERS, LLC, TEN-NINETY 4.15 LENDERS, LLC, THE GARDENS 2.425 LENDERS, LLC, THE GARDENS LLC TSHR LENDERS, LLC (SMITH, ALAN) (Entered: 06/14/2007)

4. 06/15/2007    doc 6    Certificate of Service Filed by ALAN R SMITH on behalf of 3685 SAN FERNANDO LENDERS, LLC, 5055 COLLWOOD LENDERS, LLC, 60TH STREET VENTURES LENDERS, LLC, 6425 GESS LENDERS, LLC, AMESBURY HATTERS PT LENDERS, LLC, ANCHOR B LENDERS, LLC, BAR-USA LENDERS, LLC, BAY POMPANO LENDERS, LLC, BINFORD LENDERS, LLC, BROOKMERE LENDERS, LLC, BUNDY CANYON 2.5 LENDERS, LLC, BUNDY CANYON 5.0 LENDERS, LLC, BUNDY CANYON 5.725 LENDERS, LLC, BUNDY CANYON 7.5 LENDERS, LLC, CABERNET LENDERS, LLC, CASTAIC II LENDERS, LLC, CASTAIC III LENDERS, LLC, CHARLEVOIX LENDERS, LLC, CLEAR CREEK PLANTATION LENDERS, LLC, COM VEST LENDERS, LLC, COPPER SAGE II LENDERS, LLC, CORNMAN TOLTEC LENDERS, LLC, DEVALLE LIVINGSTON LENDERS, LLC, EAGLE MEADOWS LENDERS, LLC, FIESTA MURIETTA LENDERS, LLC, FIESTA USA STONERIDGE LENDERS, LLC, FOXHILLS 216 LENDERS, LLC, GRAMERCY COURT LENDERS, LLC, HABOR GEORGETOWN LENDERS, LLC, HESPERIA LENDERS, LLC, HFA CLEARLAKE I LENDERS, LLC, HFA CLEARLAKE II LENDERS, LLC, HUNTSVILLE LENDERS, LLC, LA HACIDENDA LENDERS, LLC, LAKE HELEN PARTNERS LENDERS, LLC, LERIN HILLS LENDERS, LLC, MARGARITA ANNEX LENDERS, LLC, MARLTON SQUARE I LENDERS, LLC, MARLTON SQUARE II LENDERS, LLC, MOUNTAIN HOUSE-PEGS LENDERS, LLC, OAK SHORES II, LENDERS, LLC, OCEAN ATLANTIC 2.75 LENDERS, LLC, OCEAN ATLANTIC 9.425 LENDERS, LLC, PALM HARBOR I LENDERS, LLC, SHAMROCK TOWER LENDERS, LLC, SO CAL LAND LENDERS, LLC, SVRB 2.325 LENDERS, LLC, SVRB 4.5 LENDERS, LLC, TAPIA RANCH LENDERS, LLC, TEN-NINETY 4.15 LENDERS, LLC, THE GARDENS 2.425 LENDERS, LLC, THE GARDENS LLC TSHR LENDERS, LLC (Related document(s)5 Motion to Strike,,,,,, filed by Plaintiff 3685 SAN FERNANDO LENDERS, LLC, Plaintiff 5055 COLLWOOD LENDERS, LLC, Plaintiff 6425 GESS LENDERS, LLC, Plaintiff 60TH STREET VENTURES LENDERS, LLC, Plaintiff AMESBURY HATTERS PT LENDERS, LLC, Plaintiff ANCHOR B LENDERS, LLC, Plaintiff BAR-USA LENDERS, LLC, Plaintiff BAY POMPANO LENDERS, LLC, Plaintiff BINFORD LENDERS, LLC, Plaintiff BROOKMERE LENDERS, LLC, Plaintiff BUNDY CANYON 2.5 LENDERS, LLC, Plaintiff BUNDY CANYON 5.0 LENDERS, LLC, Plaintiff BUNDY CANYON 5.725 LENDERS, LLC, Plaintiff BUNDY CANYON 7.5 LENDERS, LLC, Plaintiff CABERNET LENDERS, LLC, Plaintiff CASTAIC II LENDERS, LLC, Plaintiff CASTAIC III LENDERS, LLC, Plaintiff CHARLEVOIX LENDERS, LLC, Plaintiff CLEAR CREEK PLANTATION LENDERS, LLC, Plaintiff COM VEST LENDERS, LLC, Plaintiff COPPER SAGE II LENDERS, LLC, Plaintiff CORNMAN TOLTEC LENDERS, LLC, Plaintiff DEVALLE LIVINGSTON LENDERS, LLC, Plaintiff EAGLE MEADOWS LENDERS, LLC, Plaintiff FIESTA MURIETTA LENDERS, LLC, Plaintiff FIESTA USA STONERIDGE LENDERS, LLC, Plaintiff FOXHILLS 216 LENDERS, LLC, Plaintiff GRAMERCY COURT LENDERS, LLC, Plaintiff HABOR GEORGETOWN LENDERS, LLC,

Plaintiff HESPERIA LENDERS, LLC, Plaintiff HFA CLEARLAKE I LENDERS, LLC, Plaintiff HFA CLEARLAKE II LENDERS, LLC, Plaintiff HUNTSVILLE LENDERS, LLC, Plaintiff LA HACIDENDA LENDERS, LLC, Plaintiff LAKE HELEN PARTNERS LENDERS, LLC, Plaintiff LERIN HILLS LENDERS, LLC, Plaintiff MARGARITA ANNEX LENDERS, LLC, Plaintiff MARLTON SQUARE I LENDERS, LLC, Plaintiff MARLTON SQUARE II LENDERS, LLC, Plaintiff MOUNTAIN HOUSE-PEGS LENDERS, LLC, Plaintiff OAK SHORES II, LENDERS, LLC, Plaintiff OCEAN ATLANTIC 2.75 LENDERS, LLC, Plaintiff OCEAN ATLANTIC 9.425 LENDERS, LLC, Plaintiff PALM HARBOR I LENDERS, LLC, Plaintiff SHAMROCK TOWER LENDERS, LLC, Plaintiff SO CAL LAND LENDERS, LLC, Plaintiff SVRB 2.325 LENDERS, LLC, Plaintiff SVRB 4.5 LENDERS, LLC, Plaintiff TAPIA RANCH LENDERS, LLC, Plaintiff TEN-NINETY 4.15 LENDERS, LLC, Plaintiff THE GARDENS 2.425 LENDERS, LLC, Plaintiff THE GARDENS LLC TSHR LENDERS, LLC) (SMITH, ALAN) (Entered: 06/15/2007)

5.    07/03/2007   doc 7   (copy)Recommendation For Withdrawal of Reference Pursuant to 28 U.S.C. 157(d) Related Document 5 Motion to Strike Fugitive Pleading Or, In The Alternative, Motion To Remand Based On Lack Of Subject Matter Jurisdiction (see also Doc 3773 AND Doc 4113, and Doc 4109 in BK-S-06-10725-LBR AND also see US District Court civil case #07-CV-0224-ECR-VAC)Filed by ALAN R SMITH on behalf of 3685 SAN FERNANDO LENDERS, LLC, 5055 COLLWOOD LENDERS, LLC, 60TH STREET VENTURES LENDERS, LLC, 6425 GESS LENDERS, LLC, AMESBURY HATTERS PT LENDERS, LLC, ANCHOR B LENDERS, LLC, BAR-USA LENDERS, LLC, BAY POMPANO LENDERS, LLC, BINFORD LENDERS, LLC, BROOKMERE LENDERS, LLC, BUNDY CANYON 2.5 LENDERS, LLC, BUNDY CANYON 5.0 LENDERS, LLC, BUNDY CANYON 5.725 LENDERS, LLC, BUNDY CANYON 7.5 LENDERS, LLC, CABERNET LENDERS, LLC, CASTAIC II LENDERS, LLC, CASTAIC III LENDERS, LLC, CHARLEVOIX LENDERS, LLC, CLEAR CREEK PLANTATION LENDERS, LLC, COM VEST LENDERS, LLC, COPPER SAGE II LENDERS, LLC, CORNMAN TOLTEC LENDERS, LLC, DEVALLE LIVINGSTON LENDERS, LLC, EAGLE MEADOWS LENDERS, LLC, FIESTA MURIETTA LENDERS, LLC, FIESTA USA STONERIDGE LENDERS, LLC, FOXHILLS 216 LENDERS, LLC, GRAMERCY COURT LENDERS, LLC, HABOR GEORGETOWN LENDERS, LLC, HESPERIA LENDERS, LLC, HFA CLEARLAKE I LENDERS, LLC, HFA CLEARLAKE II LENDERS, LLC, HUNTSVILLE LENDERS, LLC, LA HACIDENDA LENDERS, LLC, LAKE HELEN PARTNERS LENDERS, LLC, LERIN HILLS LENDERS, LLC, MARGARITA ANNEX LENDERS, LLC, MARLTON SQUARE I LENDERS, LLC, MARLTON SQUARE II LENDERS, LLC, MOUNTAIN HOUSE-PEGS LENDERS, LLC, OAK SHORES II, LENDERS, LLC, OCEAN ATLANTIC 2.75 LENDERS, LLC, OCEAN ATLANTIC 9.425 LENDERS, LLC, PALM HARBOR I LENDERS, LLC, SHAMROCK TOWER LENDERS, LLC, SO CAL LAND LENDERS, LLC, SVRB 2.325 LENDERS, LLC, SVRB 4.5 LENDERS, LLC, TAPIA RANCH LENDERS, LLC, TEN-NINETY 4.15 LENDERS, LLC, THE GARDENS 2.425 LENDERS, LLC, THE GARDENS LLC TSHR LENDERS, LLC(Graham, JM) Modified on 7/5/2007 to add linkage (Graham, JM). Modified on 7/5/2007 for additional verbiage (Graham, JM). (Entered: 07/03/2007)

Case 07-01076-lbr    Doc 8    Entered 07/05/07 09:13:45    Page 6 of 6

**COUNSEL ARE TO FILE ALL MATTERS RELATING TO THE MOTION TO WITHDRAW REFERENCE WITH THE CLERK OF DISTRICT COURT. ALL DOCUMENTS RELATING TO OTHER MATTERS IN THE ADVERSARY CASE SHALL CONTINUE TO BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT.**

A copy of Transmittal Memo was mailed to the following individuals on July 5, 2007

ALAN R SMITH
505 RIDGE ST
RENO, NV 89501

GEORGANNE W BRADLEY
BULLIVANT HOUSER BAILEY
3980 HOWARD HUGHES PKY #550
LAS VEGAS, NV 89109

GEORGE A DAVIS
CADWALADER, WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281