1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  KEVIN A. DARBY, ESQ.
   Nevada Bar No. 7670
3  Law Offices of Alan R. Smith
   505 Ridge Street
4  Reno, Nevada 89501
   Telephone (775) 786-4579
5  Facsimile (775) 786-3066
   E-mail: mail@asmithlaw.com
6
7  Attorneys for Plaintiff Lenders and
   Interested Parties the Lenders
   Protection Group and Donna Cangelosi
8

9
                    UNITED STATES DISTRICT COURT
10
                        DISTRICT OF NEVADA
11
                             —ooOoo—
12

13  In re:                              Case No. 2:07-cv-00892-RCJ-GWF

14  USA COMMERCIAL MORTGAGE             Bankr. Case No. 06-10725-LBR
    COMPANY,
                                        Adv. Proc. No.: 07-01076-LBR
15       Debtor.

16                                      **ORDER WITHDRAWING
                                        REFERENCE PURSUANT TO 28
17                                      U.S.C. § 157(d) AND
                                        CONSOLIDATING CASES**
18  _____/

19

20       Upon the recommendation the United States Bankruptcy Court for the District of

21  Nevada, and based upon the consent of the parties and the arguments of counsel, as filed and

22  presented herein, the Court, being fully advised in the premises, and good cause appearing

23  therefor,

24       IT IS HEREBY ORDERED that reference of Bankruptcy Adversary Proceeding

25  No. 07-01076-LBR shall be withdrawn pursuant to 28 U.S.C. § 157(d), so that any and all

26  such disputes, including the *Emergency Motion Of Compass Financial Partners LLC For*

27  *Order Pursuant To 11 U.S.C. §§ 105 And 1141 Enforcing Confirmation Order And For*

28  *Civil Contempt* (the "Compass Motion"), and the *Complaint For Declaratory Relief And*

Law Offices of
ALAN R. SMITH

*Damages,* filed on May 21, 2007, by various Direct Lenders against Compass in the United States District Court For The District Of Nevada as Case No. 07-CV-0224-ECR-VAC (the "Direct Lenders' Action"), shall be heard and adjudicated in this Court.

IT IS FURTHER ORDERED that Case No. 3:07-cv-00241, Bankruptcy Adversary Proceeding No. 07-01076-LBR, Case No. 2:07-cv-00892 and 2:07-cv-00894, shall be administratively consolidated and Case No. 2:07-cv-00892 shall be designated the lead case and all pleadings and papers relevant in those matters shall be filed into the record in Case No. 2:07-cv-00892.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 14, 2008

# # #